UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------

HAROLD HOWARD

        PLAINTIFF,

                              NOTICE OF MOTION

V.                                  12-CR-84

UNITED STATES

        DEFENDANT.
----------------------------------

    PLEASE TAKE NOTICE, that the undersigned will bring a motion under FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 33(b)(1), "FOR A NEW TRIAL" and FOR AN ORDER APPOINTMENT OF COUNSEL TO REPRESENT ME."

BEFORE THIS COURT ON A DATE AND TIME TO BE PROVIDED BY THE COURT LATER.

Executed on: 1/2/2019

Harold Howard
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525

1/2/2019
Executed On:

Harold Howard
FCI Hazelton
P.O. Box 5000
Bruceton Mills, WV 26525



HAROLD HOWARD #21404-055
FCI HAZELTON
P.O. BOX 5000
BRUCETON MILLS, W.V. 26525

LEGAL MAIL

USDC - WDNY
JAN - 9 2019
BUFFALO

FCC Hazelton
Hazelton, WV

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

CLERK US DISTRICT COURT
UNITED STATES COURT HOUSE
BUFFALO, NY. 14202-3350

PITTSBURGH PA 150
07 JAN 2019 PM 5 L

14202-3305